**FILED**
June 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Samuel SARINANA-Vitela

*Defendant(s)*

Case No. **PE: 26-MJ-210**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 28, 2026 in the county of Reeves in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. Section 841 (a)(1) &(b)(1)(B) | Knowingly or Intentionally Possessed with Intent to Distribute approximately 735 grams of cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Douglas McIntyre
*Complainant's signature*

Douglas McIntyre, DEA Special Agent
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 6/2/2026

*Judge's signature*

City and state: Alpine, Texas

United States Magistrate Judge David Fannin
*Printed name and title*

# ATTACHMENT

## FACTS:

On May 28, 2026, a Reeves County Sheriff's Office (RCSO) Deputy was working criminal interdiction on Interstate 20 near Pecos, Texas. At approximately 4:45 PM, the RCSO Deputy initiated a traffic stop on a tan 2009 Chevrolet Tahoe for a traffic violation near mile marked 41, within the Western District of Texas.

The traffic violations observed was failure to maintain a single lane. The driver and sole occupant of the Chevrolet Tahoe was identified as Samuel SARINANA-Vitela.
During a consensual search, approximately $17,005.00 U.S. currency and approximately 735 grams of suspected cocaine concealed within a natural void of the center console. The substance presumptively tested positive for the characteristics of cocaine.

On the same date, Special Agents (SA) of the Drug Enforcement Administration (DEA) Alpine Resident Office responded to assist the RCSO with the investigation.

SARINANA-Vitela was advised of his rights, via DEA-13 Form. SARINANA-Vitela acknowledged his rights, waived his rights and agreed to speak with investigators without the presence of an attorney. SARINANA-Vitela admitted to knowingly and willingly possessing the cocaine with the intent to deliver to another in El Paso, Texas for financial compensation.

*Douglas McIntyre* May 30, 2026
Douglas McIntyre
Special Agent
Drug Enforcement Administration

The Honorable United States Magistrate Judge David B. Fannin